UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SYLVIA CARTY,

    Plaintiff,

v.                             CASE NO.  8:13-CV-2089-T-17DAB

CAROLYN W. COLVIN,
Commissioner of Social
Security,

    Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 17   Unopposed Motion for Award of Attorney's Fees and
             Costs Pursuant to the Equal Access to Justice Act

Plaintiff Sylvia Carty moves for the award of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. Sec. 2412, in the amount of $2,032.00 for attorney's fees, and $350.00 for the filing fee, for a total of $2,382.00.

On July 1, 2014, the Court entered an Order reversing the decision of the Commissioner and remanding this case for further proceedings.  The Clerk of Court entered a final judgment in favor of Plaintiff Sylvia Carty on July 2, 2014.

Plaintiff Carty argues that the Commissioner's action was not substantially justified, and the Court ordered reversal and remand on the issues raised by Plaintiff Carty.

Case No. 8:13-CV-2089-T-17DAB

No response in opposition to Plaintiff's Motion for the Award of Attorney's Fees and Costs has been filed.

Plaintiff Carty is the prevailing party, and Defendant has not established that Defendant's action was substantially justified. The Court does not know of any circumstances that render an award under the Equal Access to Justice Act unjust. After consideration, the Court grants Plaintiff's Motion for the Award of Attorney's Fees and Costs pursuant to the Equal Access to Justice Act, awarding attorney's fees and costs in the amount of $2,382.00. Accordingly, it is

**ORDERED** that Plaintiff's Unopposed Motion for the Award of Attorney's Fees and Costs (Dkt. 17) is **granted**, and Plaintiff Carty is awarded $2,382.00 pursuant to the Equal Access to Justice Act.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 22nd day of January, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record